UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| -v.- | : | 19 Cr. 545 |
| MICHAEL CARROLL and MICHAEL PAPPAGALLO, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - -x

Upon the application of the United States, by the Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515, AUDREY STRAUSS, by Assistant United States Attorney Martin S. Bell;

It is found that the above-captioned matter is currently sealed and docketing has been delayed, and that the United States Attorney's Office has applied to have the case unsealed and docketed, it is therefore:

ORDERED that the above-captioned matter shall be unsealed and docketed effective immediately.

Dated: New York, New York
       8/1/19        , 2019

HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
D...      8/1/19