

Daniel P. Filor
Tel 212.801.9200
Direct 212.801.6758
filord@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:

**VIA ECF**

MEMO ENDORSED

February 6, 2020   2/7/2020

OK

[signature] Colleen McMahon

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Michael Carroll, et. al.*, No. 19-cr-545 (CM)

Dear Chief Judge McMahon:

We are counsel to Michael Pappagallo in the above-referenced matter. Pursuant to Rule V.E. of Your Honor's Individual Practices and Procedures, we write to respectfully request leave to file an omnibus reply, in excess of 10 pages, in support of Mr. Pappagallo's Motion to Dismiss the Indictment, ECF No. 46, and Motion for a Bill of Particulars, ECF No. 49. Mr. Pappagallo intends to submit one joint reply addressing these two motions, and thus requests up to 20 pages for filing.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Daniel P. Filor*
Daniel P. Filor

cc:  All Counsel of Record