# EXHIBIT B

LLC
**A03.1 - Same property NOI**
3/31/2014
**PBC**

> **Note:** This schedule is created by the client's system and provided to EY. EY recreated the table to the right to reconcile with the MDA presentation. EY performed testing over the JDE system at year end 2013. EY relied on system generated report for purposes of MDA tie out for quarter as this is a non GAAP measure.

|  | Q1 2014 | Q1 2014 ('000) |  | Q1 2013 | Q1 2013 ('000) |  |
|---|---:|---:|---|---:|---:|---|
| Net (loss) income attributable to Brixmor LLC | 22,846,861.84 | 22,847 | **A03 IS** | -10,061,399.93 | -10,061 | **A03 IS** |
| Adjustments: |  |  |  |  |  |  |
| Management fee adjustment | 3,072,404 | 3,072 | **A** | 2,922,864 | 2,923 | **A** |
| Lease settlement income (per same prop NOI) | 222,510 | 223 | **B** | 278,185 | 278 | **B** |
| Lease settlement income (per TB) | -14,917 | -15 | **A04.2** | -186,685 | -187 | **A04.2a** |
| Straight line rent | -1,426,757 | -1,427 |  | -717,061 | -717 |  |
| Amortization of above below market leases | -3,169,874 | -3,170 |  | -3,654,139 | -3,654 |  |
| Other income (expenses) | 20,631,253 | 20,631 | **A03 IS** | 20,313,183 | 20,313 | **A03 IS** |
| Depn and amortization | 24,954,493 | 24,954 |  | 27,353,132 | 27,353 |  |
| General and administrative | 192,040 | 192 |  | 527,991 | 528 |  |
| Impairment of RE assets (including both continuing and discontinued ops) | 0 | 0 |  | 0 | 0 |  |
| Equity in (loss) income in unconsolidated JVs | -20,369,919 | -20,370 |  | 4,779,822 | 4,780 |  |
| Income (loss) from discontinued operations | -75,267 | -75 |  | 2,705,201 | 2,705 |  |
| Net income (loss) attributable to noncontrolling interests | 321,999 | 322 |  | 329,078 | 329 |  |
| Misc (NOI excluding same store and non same store) | -5,646 | -6 | **m** | -1,355 | -1 | **m** |
| Non-same property NOI | 23,316 | 23 |  | 22,537 | 23 |  |
| Same property NOI including Redevelopment | 47,202,497 | 47,203 |  | 44,611,353 | 44,612 |  |
|  |  | **F** |  |  |  |  |

|  | \|- see formula -\| | \|- A03 MDA 29/ -\| | \|--- Variance ---\| |  | \|- see formula -\| | \|- A03 MDA 29/ -\| | \|--- Variance ---\| |  |
|---|---:|---:|---:|---|---:|---:|---:|---|
| Net (loss) income attributable to Brixmor LLC | 22,847 | 22,847 | - |  | (10,061) | (10,061) | - |  |
| Adjustments: |  |  | - |  |  |  |  |  |
| Revenue adjustments | (1,317) | (1,322) | 5 | **m** | (1,357) | (1,359) | 2 | **m** |
| Depreciation and amortization | 24,954 | 24,954 | 0 |  | 27,353 | 27,353 | - |  |
| Impairment of RE assets | - | - | - |  | - | - | - |  |
| General and administrative | 192 | 192 | - |  | 528 | 528 | - |  |
| Other expenses | 20,631 | 20,631 | - |  | 20,313 | 20,313 | - |  |
| Equity in income (loss) of unconsolidated real estate joint ventures | (20,370) | (20,370) | - |  | 4,780 | 4,780 | - |  |
| Income (loss) on discontinued operations | (75) | (75) | - |  | 2,705 | 2,705 | - |  |
| Non-same property NOI | 23 | 23 | - |  | 23 | 23 | - |  |
| Net (income) loss attributable to noncontrolling interests | 322 | 322 | - |  | 329 | 329 | - |  |
| Same Property NOI including redevelopment | 47,208 | 47,202 | 6 | **m** | 44,613 | 44,611 | 2 | **m** |

**A**

|  | \|-- A04.2 --\| | \|- A04.2a -\| |
|---|---:|---:|
| Regional alloc in to prop | 558,151 | 474,997 |
| Management fees | 2,514,253 | 2,447,867 |
|  | 3,072,404 | 2,922,864 |
| Rounded | 3,072 | 2,923 |
|  | **A** |  |

**B** This is the lease settlement income exclusively for same properties which is appropriately added back to the total NOI.