# EXHIBIT C

## SAME PROPERTY NOI ANALYSIS & RECONCILIATION TO NET INCOME ATTRIBUTABLE TO COMMON STOCKHOLDERS

Unaudited, dollars in thousands

|  | Three Months Ended | | Nine Months Ended | | | |
|---|---:|---:|---:|---:|---|---|
|  | 9/30/15 | 9/30/14 | 9/30/15 | 9/30/14 | INTERNAL | |
| Net Income attributable to common stockholders | $ 53,773 | $ 27,030 | $ 138,308 | $ 65,904 | | |
| Adjustments: | | | | | | |
| Revenue adjustments (3) | (17,050) | (18,277) | (52,044) | (54,206) | (A) | |
| Depreciation and amortization | 102,439 | 111,104 | 315,424 | 333,924 | | |
| Impairment of real estate assets | - | - | 807 | - | | NOTE: In prior periods, the non-property NOI only included land parcels |
| Impairment of investment in unconsolidated joint ventures | - | - | - | - | | |
| General and administrative | 22,030 | 19,624 | 73,030 | 59,221 | | |
| Total other expense | 58,493 | 66,121 | 176,017 | 206,558 | | |
| Equity in income of unconsolidated joint ventures | (133) | (112) | (358) | (248) | | |
| Gain on disposition of investments in unconsolidated joint ventures | - | - | - | (1,820) | | |
| Pro rata share of same property NOI of unconsolidated joint ventures | 201 | 185 | 567 | 547 | (A) | |
| Income from discontinued operations | - | (41) | - | (19,307) | | |
| Net income attributable to non-controlling interests | 1,046 | 6,834 | 2,814 | 40,998 | | |
| Non-same property NOI | (1,245) | (582) | (2,190) | (1,456) | (A) | |
| Same Property NOI | $ 219,554 | $ 211,886 | $ 652,375 | $ 630,115 | | |
| Impact of redevelopments | (1,696) | (1,589) | (10,654) | (9,805) | (A) | |
| Same property NOI excluding redevelopments (2) | $ 217,858 | $ 210,297 | $ 641,721 | $ 620,310 | | |

(1) Excludes three redevelopment properties.
(2) NOI excludes straight-line rents and above- and below-market rent amortization, net.
(3) Includes adjustments for lease settlement income, straight-line rents, above- and below-market rent amortization, net and fee income from unconsolidated joint ventures.

⎤ Property

(A) See support at:
R:\Brixmor Reporting Pack\2015\09 September\Supplemental\Support\YTD September 2015 SS Reconciliation.xlsx
R:\Brixmor Reporting Pack\2015\09 September\Supplemental\Support\3Q 2015 SS Reconciliation.xlsx

| **Reconciliation of Adjusted EBITDA to Same Property NOI** | Three Months Ended | | Nine Months Ended | | | | |
|---|---:|---:|---:|---:|---:|---:|---|
|  | 9/30/15 | 9/30/14 | 9/30/15 | 9/30/14 | QTD Delta | YTD Delta | Comments |
| **Same Property NOI** | $ 219,554 | $ 211,886 | $ 652,375 | $ 630,115 | $ 7,668 | $ 22,260 | |
| LSI Adjustment | 812 | (533) | 39 | (364) | 1,345 | 403 | |
| Non-same property NOI | 1,302 | 582 | 2,100 | 1,456 | 720 | 644 | |
| G&A | (22,030) | (19,624) | (63,155) | (59,221) | (2,406) | (3,934) | |
| Other Income (expense)- *less taxes and non-operating expenses* | (271) | (179) | 893 | (1,212) | (92) | 2,105 | |
| Insurance Captive | 1,379 | 301 | 1,578 | 210 | 1,078 | 1,368 | |
| Adjustments to non-controlling interests not convertible into common stock | - | (322) | - | (966) | 322 | 966 | |
| Conyers Adjustment | - | - | - | 250 | - | (250) | |
| Liberty Plaza Adjustment | - | 300 | - | 300 | (300) | (300) | |
| Roundtree Adjusmtner- Walmart | - | 56 | - | 56 | (56) | (56) | |
| Pro rata share of same property NOI of unconsolidated joint ventures | (201) | (185) | (567) | (547) | (16) | (20) | |
| Management Fees | 359 | 599 | 1,379 | 1,669 | (240) | (290) | |
| Dividends and Interest | 57 | 169 | 241 | 436 | (112) | (195) | |
| Equity in income of JV excluding interest and depreciation | 193 | 180 | 547 | 524 | 13 | 22 | |
| Income from discontinued operations (less depreciation) | - | 878 | 1,008 | 2,636 | (878) | (1,628) | |
| Mt. Houston | (3) | - | (76) | - | (3) | (76) | |
| Misc. | 2 | (4) | 16 | (17) | 6 | 33 | |
| Net Adjustments | (19,215) | (17,249) | (56,052) | (54,409) | (619) | (1,208) | |
| Reconciled balance | $ 201,153 | $ 194,104 | $ 596,378 | $ 575,325 | $ 7,049 | $ 21,052 | |
| **Cash Adjusted EBITDA** | $ 201,153 | $ 194,104 | $ 596,378 | $ 575,325 | $ 7,049 | $ 21,053 | |
| Delta | 0 | 0 | 0 | (0) | 0 | 1 | |

Income from discontinued operations