# EXHIBIT D

DRAFT
PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

CONFIDENTIAL/FOIA EXEMPT

| | 3Q2012 | 4Q2012 | 2012 | 1Q2013 | 2Q2013 | 3Q2013 | 4Q2013 | 2013 | 1Q2014 | 2Q2014 | 3Q2014 | 4Q2014 | 2014 | 1Q2015 | 2Q2015 | 3Q2015 | 1Q-3Q2015 | 1Q-3Q2014 | 4Q2015 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Reported Same Property NOI** | | | | | | | | | | | | | | | | | | | | |
| **Same property NOI** | 186,484,000 | 186,784,000 | 737,380,000 | 188,426,000 | 191,296,000 | 192,964,000 | 193,999,000 | 766,684,000 | 195,638,000 | 198,535,000 | 200,465,000 | 201,578,000 | 795,968,000 | 215,876,000 | 218,060,000 | 219,554,000 | 652,375,000 | 594,637,000 | | 870,151,000 |
| *Property pool changes* | | | | | | | *(77,000)* | *(323,000)* | *13,160,000* | *12,000,000* | *11,421,000* | *12,076,000* | *47,273,000* | | | | | *35,478,000* | | 26,910,000 |
| Y-O-Y change  $ | | | | | | 6,480,000 | 7,215,000 | 29,304,000 | 7,212,000 | 7,239,000 | 7,501,000 | 7,656,000 | 29,607,000 | 7,078,000 | 7,525,000 | 7,668,000 | 22,260,000 | | | 26,910,000 |
| % | | | | | | 3.5% | 3.9% | 4.0% | 3.8% | 3.8% | 3.9% | 3.9% | 3.9% | 3.4% | 3.6% | 3.6% | 3.5% | | | 3.2% |
| **Audit Committee Investigation Adjustments to Same Property NOI** | | | | | | | | | | | | | | | | | | | | |
| Same property revenues | - | - | - | 152,713 | (38,709) | 1,634,502 | (1,842,077) | (93,570) | 412,549 | (270,894) | 206,950 | (102,133) | 246,472 | 483,029 | 733,444 | (529,953) | 686,520 | 348,605 | (365,494) | 321,026 |
| Same property oper. expenses | - | - | - | (78,580) | - | - | 307,424 | 228,844 | - | 52,302 | - | - | 52,302 | 50,000 | - | - | 50,000 | 52,302 | - | 50,000 |
| Increase (decrease) in same property NOI | - | - | - | 231,293 | (38,709) | 1,634,502 | (2,149,501) | (322,415) | 412,549 | (323,196) | 206,950 | (102,133) | 194,171 | 433,029 | 733,444 | (529,953) | 636,520 | 296,304 | (365,494) | 271,026 |
| **Adjusted Same Property NOI (as reported on February 8, 2016)** | | | | | | | | | | | | | | | | | | | | |
| **Same property NOI** | 186,484,000 | 186,784,000 | 737,380,000 | 188,657,293 | 191,257,291 | 194,598,502 | 191,849,499 | 766,361,585 | 196,050,549 | 198,211,804 | 200,671,950 | 201,475,867 | 796,162,171 | 216,309,029 | 218,793,444 | 219,024,047 | 653,011,520 | 594,933,304 | | 870,422,026 |
| *Property pool changes* | | | | | | | *(77,000)* | *(323,000)* | *13,160,000* | *12,000,000* | *11,421,000* | *12,076,000* | *47,273,000* | | | | | *35,478,000* | | |
| Y-O-Y change  $ | | | | | | 8,114,502 | 5,065,499 | 28,981,585 | 7,393,256 | 6,954,514 | 6,073,448 | 9,703,368 | 30,123,586 | 7,098,480 | 8,581,640 | 6,931,097 | 22,600,217 | | | 26,986,855 |
| % | | | | | | 4.4% | 2.7% | 3.9% | 3.9% | 3.6% | 3.1% | 5.1% | 3.9% | 3.4% | 4.1% | 3.3% | 3.6% | | | 3.2% |
| | | | | | | | | | | | | | | | | | | | | |
| **Subsequent Corrections to the Audit Committee Investigation Adjustments to Same Property NOI** | | | | | | | | | | | | | | | | | | | | |
| Same property revenues | - | - | - | - | - | - | - | - | - | - | (312,592) | 312,592 | - | - | - | 761 | 761 | (312,592) | (198) | 563 |
| Same property oper. expenses | - | - | - | - | - | - | (406,278) | (406,278) | - | - | - | - | - | - | - | - | - | - | - | - |
| Increase (decrease) in same property NOI | - | - | - | - | - | - | 406,278 | 406,278 | - | - | (312,592) | 312,592 | - | - | - | 761 | 761 | (312,592) | (198) | 563 |
| | | | | | | | | | | | | | | | | | | | | |
| **Adjustments to Same Property NOI from Removal of LSI Amortization and Review of Lease Terminations** | | | | | | | | | | | | | | | | | | | | |
| Same property revenues: | | | | | | | | | | | | | | | | | | | | |
| Remove LSI amortization | (588,658) | (440,814) | (1,029,472) | (573,970) | (548,097) | (591,968) | (698,887) | (2,412,922) | (666,369) | (689,298) | (723,389) | (779,150) | (2,858,206) | (753,765) | (737,401) | (736,308) | (2,227,474) | (2,079,056) | - | - |
| Adjustment from review of lease terminations | - | - | - | (16,630) | (4,234) | (127,207) | (55,238) | (203,310) | (250,349) | (221,984) | (347,926) | (414,850) | (1,235,108) | - | (66,350) | (118,742) | (185,092) | (820,258) | (862,682) | (1,047,774) |
| Total | (588,658) | (440,814) | (1,029,472) | (590,600) | (552,331) | (719,175) | (754,125) | (2,616,232) | (916,718) | (911,282) | (1,071,315) | (1,194,000) | (4,093,314) | (753,765) | (803,751) | (855,050) | (2,412,566) | (2,899,314) | (862,682) | (1,047,774) |
| Same property oper. expenses | - | - | - | - | - | - | - | - | - | (1,556) | (6,516) | 5,314 | (2,758) | (1,500) | 5,250 | (3,788) | (38) | (8,072) | 4,655 | 4,617 |
| Increase (decrease) in same property NOI | (588,658) | (440,814) | (1,029,472) | (590,600) | (552,331) | (719,175) | (754,125) | (2,616,232) | (916,718) | (909,726) | (1,064,799) | (1,199,314) | (4,090,556) | (752,265) | (809,001) | (851,262) | (2,412,528) | (2,891,242) | (867,337) | (1,052,391) |
| *Property pool changes affecting LSI amortization in 2015* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *(17,552)* | *(30,262)* | *(17,958)* | *-* | *-* | *-* | *-* | *-* | *-* | *(65,772)* | *-* | *-* |
| | | | | | | | | | | | | | | | | | | | | |
| **Adjusted Same Property NOI** | | | | | | | | | | | | | | | | | | | | |
| **Same property NOI** | 185,895,342 | 186,343,186 | 736,350,528 | 188,066,693 | 190,704,960 | 193,879,327 | 191,501,653 | 764,151,632 | 195,133,831 | 197,302,079 | 199,294,560 | 200,589,145 | 792,071,615 | 215,556,764 | 217,984,444 | 218,173,546 | 650,599,753 | 591,729,469 | | 869,370,199 |
| *Property pool changes* | | | | | | | *(77,000)* | *(323,000)* | *13,142,448* | *11,969,738* | *11,403,042* | *12,076,000* | *47,273,000* | | | | | *35,412,228* | | |
| Y-O-Y change  $ | | | | | | 7,983,985 | 5,158,467 | 27,801,104 | 7,067,139 | 6,597,119 | 5,415,233 | 9,164,493 | 28,242,983 | 7,280,485 | 8,712,627 | 7,475,944 | 23,458,056 | | | 30,025,584 |
| % | | | | | | 4.3% | 2.8% | 3.8% | 3.8% | 3.5% | 2.8% | 4.8% | 3.7% | 3.5% | 4.2% | 3.5% | 3.7% | | | 3.6% |
| | | | | | | | | | | | | | | | | | | | | |
| **Adjustments to Same Property NOI from Supplemental Disclosures (as of November 22, 2017)** | | | | | | | | | | | | | | | | | | | | |
| Miscellaneous Adjustments Reversal | - | - | - | - | - | - | - | - | - | - | - | 20,000 | 20,000 | - | - | - | - | | | |
| Non-Property Business Unit Reversal | - | - | - | - | - | - | - | - | - | - | - | - | - | (123,103) | - | - | - | | | |
| Reversal of Liberty Plaza Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | | | |
| Increase (decrease) in same property NOI | - | - | - | - | - | - | - | - | - | - | - | 20,000 | 20,000 | (123,103) | - | - | - | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Adjustments for Comparative Year (as of November 22, 2017)** | | | | | | | | | | | | | | | | | | | | |
| Non-Property Business Unit Reversal | - | - | - | - | - | - | - | - | 250,000 | - | - | - | 250,000 | - | - | - | - | 250,000 | | |
| Roundtree Walmart Reversal | - | - | - | - | - | - | - | - | - | - | 56,000 | - | 56,000 | - | - | - | - | 56,000 | | |
| Liberty Plaza Reversal | - | - | - | - | - | - | - | - | - | - | 300,000 | - | 300,000 | - | - | - | - | 300,000 | | |
| Increase (decrease) to Comp. Year same property NOI | - | - | - | - | - | - | - | - | 250,000 | - | 356,000 | - | 606,000 | - | - | - | - | 606,000 | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Adjusted Same Property NOI (as of November 22, 2017)** | | | | | | | | | | | | | | | | | | | | |
| **Same property NOI** | 185,895,342 | 186,343,186 | 736,350,528 | 188,066,693 | 190,704,960 | 193,879,327 | 191,501,653 | 764,151,632 | 195,133,831 | 197,302,079 | 199,294,560 | 200,609,145 | 792,091,615 | 215,433,661 | 217,984,444 | 218,173,546 | 650,599,753 | 591,729,469 | | 869,370,199 |
| *Property pool changes* | | | | | | | *(77,000)* | *(323,000)* | *13,142,448* | *11,969,738* | *11,403,042* | *12,076,000* | *47,273,000* | | | | | *35,412,228* | | |
| *Comparative Year adjustments* | | | | | | | *-* | *-* | *250,000* | *-* | *356,000* | *-* | *606,000* | | | | | *606,000* | | |
| Y-O-Y change  $ | | | | | | 7,983,985 | 5,158,467 | 27,801,104 | 7,067,139 | 6,597,119 | 5,415,233 | 9,184,493 | 28,262,983 | 6,907,382 | 8,712,627 | 7,119,944 | 23,458,056 | | | 30,005,584 |
| % | | | | | | 4.3% | 2.8% | 3.8% | 3.8% | 3.5% | 2.8% | 4.8% | 3.7% | 3.3% | 4.2% | 3.4% | 3.7% | | | 3.6% |
| | | | | | | | | | | | | | | | | | | | | |
| **Adjustment to Same Property NOI for Liberty Plaza $300,000 "Good Faith Fee" (as of March 22, 2018)** | | | | | | | | | | | | | | | | | | | | |
| Reversal of Liberty Plaza Deposit | - | - | - | - | - | - | - | - | - | - | (300,000) | - | (300,000) | - | - | - | | | | |
| Increase (decrease) in same property NOI | - | - | - | - | - | - | - | - | - | - | (300,000) | - | (300,000) | - | - | - | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Adjusted Same Property NOI (as of March 22, 2018)** | | | | | | | | | | | | | | | | | | | | |
| **Same property NOI** | 185,895,342 | 186,343,186 | 736,350,528 | 188,066,693 | 190,704,960 | 193,879,327 | 191,501,653 | 764,151,632 | 195,133,831 | 197,302,079 | 198,994,560 | 200,609,145 | 791,791,615 | 215,433,661 | 217,984,444 | 218,173,546 | | | | |
| *Property pool changes* | | | | | | | *(77,000)* | *(323,000)* | *13,142,448* | *11,969,738* | *11,403,042* | *12,076,000* | *47,273,000* | | | | | | | |
| *Comparative Year adjustments* | | | | | | | *-* | *-* | *250,000* | *-* | *356,000* | *-* | *606,000* | | | | | | | |
| Y-O-Y change  $ | | | | | | 7,983,985 | 5,158,467 | 27,801,104 | 7,067,139 | 6,597,119 | 5,115,233 | 9,184,493 | 27,962,983 | 6,907,382 | 8,712,627 | 7,419,944 | | | | |
| % | | | | | | 4.3% | 2.8% | 3.8% | 3.8% | 3.5% | 2.6% | 4.8% | 3.7% | 3.3% | 4.2% | 3.5% | | | | |

| | 3Q2013 | 4Q2013 | 2013 | 1Q2014 | 2Q2014 | 3Q2014 | 4Q2014 | 2014 | 1Q2015 | 2Q2015 | 3Q2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Additional Change From AC and LSI ($) | - | - | - | - | - | - | 20,000 | (123,103) | - | - | |
| Additional Change From AC and LSI (%) | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | -0.20% | 0.00% | -0.10% | |

Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83